RANDY S. GROSSMAN
United States Attorney
STEVEN J. POLIAKOFF
Assistant U.S. Attorney
Cal. State Bar No. 188231
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7058
Facsimile: (619) 546-7751
Email: steve.poliakoff@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.L.M., by and through her Guardian ad Litem, ALMA FLORES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SCRIPPS HEALTH,<br>MYTHANAH DINH, D.O.,<br>SAN YSIDRO HEALTH,<br>JENNIFER COLLEEN TRUJILLO, D.O.,<br>EDEN PEREZ, M.D.,<br>ABIADE CHRISTOPHER SHORT, M.D.,<br>AZITA ASLIAN, M.D.,<br>SCOTT EDWARD MUSINSKI, M.D.,<br>and<br>DOES 1-100,<br><br>　　　　　　Defendants. | Case No.: **'22CV507 JLS WVG**<br><br>**NOTICE OF REMOVAL OF A CIVIL ACTION**<br><br>[42 U.S.C. § 233 (c)]<br><br>(Removed from Superior Court of California, County of San Diego, Case No. 37-2021-00047745-CU-MM-CTL |

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

**PLEASE TAKE NOTICE** that the United States of America, through its attorneys, Randy S. Grossman, United States Attorney, and Steven J. Poliakoff, Assistant U.S. Attorney, respectfully removes to this Court the above-captioned civil action from the Superior Court of California, County of San Diego, Case No. 37-2021-00047745-CU-MM-CTL  The grounds for this removal include the following:

　　1.　　On or about November 4, 2021, Plaintiff initiated this action as Case No. 37-2021-00047745-CU-MM-CTL in the Superior Court of California, County of San Diego.

Plaintiff named as a defendant San Ysidro Health, a federally supported health center. Plaintiff also named as defendants Mythanah Dinh, D.O., Jennifer Colleen Trujillo, D.O., Abiade Christopher Short, M.D., Azita Aslian, M.D., physician employees of San Ysidro Health. Scott Edward Musinski, M.D., like the other named physician defendants, is covered by the Federal Tort Claims Act, by virtue of his work as a licensed obstetrician gynecologist at San Ysidro Health. The complaint alleges claims for medical negligence against all of these defendants as well as against Scripps Health and Eden Perez, M.D.

2. Pursuant to the Federally Supported Health Centers Assistance Act, 42 U.S.C. §§ 233(g) - (n), as amended, the Secretary of Health and Human Services has deemed San Ysidro Health to be an employee of the Public Health Service for purposes of the Federal Tort Claims Act only, effective January 1, 2019. The United States Attorney for the Southern District of California, through his designee, has certified that San Ysidro Health was acting within the scope of employment at the time of the incidents alleged in the complaint, and that pursuant to 42 U.S.C. § 233(g), San Ysidro Health is deemed to be an employee of the Public Health Service only for purposes of coverage under the Federal Tort Claims Act, for any acts or omissions alleged against it in the complaint, which occurred on or after January 1, 2019. A copy of the certification has been filed concurrently with this Notice.

3. The United States Attorney for the Southern District of California, through his designee, certified, pursuant to 42 U.S.C. § 233 (c), as amended, that Mythanah Dinh, D.O., Jennifer Colleen Trujillo, D.O., Abiade Christopher Short, M.D., Azita Aslian, M.D., and Scott Edward Musinski, M.D., were acting within the scope of their employment at San Ysidro Health with respect to the events giving rise to the complaint. A copy of the certification has been filed concurrently with this Notice. Because the claims against Mythanah Dinh, D.O., Jennifer Colleen Trujillo, D.O., Abiade Christopher Short, M.D., Azita Aslian, M.D., and Scott Edward Musinski, M.D., arise within the scope of their official duties as employees of San Ysidro Health, they have been deemed to be employees of the Public Health Service pursuant to the Federally Supported Health Centers Assistance

Act. For purposes of liability, the torts alleged in the complaint against San Ysidro Health and Mythanah Dinh, D.O., Jennifer Colleen Trujillo, D.O., Abiade Christopher Short, M.D., Azita Aslian, M.D., and Scott Edward Musinski, M.D., are deemed to have been brought against the United States under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 2671 et seq. ("FTCA"). See 42 U.S.C. § 233(c).[1/] Plaintiff's remedy against the United States is exclusive of any other civil action or proceeding involving the same subject matter and claims against San Ysidro Health, Mythanah Dinh, D.O., Jennifer Colleen Trujillo, D.O., Abiade Christopher Short, M.D., Azita Aslian, M.D., and Scott Edward Musinski, M.D., based on acts or omissions which occurred on or after January 1, 2019. 42 U.S.C. §§ 233(a) and (g).

4. The action is removable pursuant to 42 U.S.C. § 233(c) of the Federally Supported Health Centers Assistance Act. Further, because of the aforementioned certification, the suit against San Ysidro Health, Mythanah Dinh, D.O., Jennifer Colleen Trujillo, D.O., Abiade Christopher Short, M.D., Azita Aslian, M.D., and Scott Edward Musinski, M.D., henceforth shall be deemed an action brought against the United States under the provisions of the FTCA; and the United States shall be substituted as the party defendant in their place.

5. As of this time, neither the summons nor complaint in the above-captioned civil action has been served on the United States Attorney for the Southern District of California or the Attorney General of the United States.

6. Copies of the summons and complaint filed in the Superior Court of California, County of San Diego, Case No. 37-2021-00047745-CU-MM-CTL are attached pursuant to 28 U.S.C. § 1446(a), as amended.

---

[1/] The Secretary of Health and Human Services deemed San Ysidro Health to be an employee of the Public Health Service for purposes of the Federal Tort Claims Act only, effective January 1, 2019  Any acts or omissions of San Ysidro Health or Mythanah Dinh, D.O., , Jennifer Colleen Trujillo, D.O., Abiade Christopher Short, M.D., Azita Aslian, M.D., and Scott Edward Musinski, M.D., that occurred prior to January 1, 2019, are not covered by the Federal Tort Claims Act.

1     **WHEREFORE**, Case No. 37-2021-00047745-CU-MM-CTL, now pending in the
2 Superior Court of California, County of San Diego, is removed therefrom to this Court.

4     DATED: April 13, 2022     RANDY S. GROSSMAN
5                                                               United States Attorney

                                                               /s/ Steven J. Poliakoff
                                                               _____
                                                               STEVEN J. POLIAKOFF
                                                              Assistant U.S. Attorney

                                                              Attorneys for Defendant
                                                              United States of America