1

**THE TRIAL LAW OFFICES OF**
**BRADLEY I. KRAMER, M.D., ESQ.**

2

BRADLEY I. KRAMER (SBN 234351)
8840 Wilshire Blvd., Suite 350

3

Beverly Hills, California 90211
Telephone:    (310) 289-2600

4

Email: bkramer@biklaw.com

5

Attorneys for Plaintiffs
O███ L████████ M██████,

6

by and through her GAL, ALMA
FLORES

7

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego
**11/04/2021** at 12:45:11 PM
Clerk of the Superior Court
By Kristin Sorianosos, Deputy Clerk

8

9

SUPERIOR COURT OF THE STATE OF CALIFORNIA

10

FOR THE COUNTY OF SAN DIEGO

11

12

O███ L████ M█████, by and
through her Guardian ad Litem ALMA

13

FLORES;

14

15

Plaintiff,

16

vs.

17

SCRIPPS HEALTH; MYTHANAH DINH,
D.O.; SAN YSIDRO HEALTH; JENNIFER

18

COLLEEN TRUJILLO, D.O.; EDEN PEREZ,
M.D.; ABIADE CHRISTOPHER SHORT,

19

M.D.; AZITA ASLIAN, M.D.; SCOTT
EDWARD MUSINSKI, M.D.; and DOES 1-

20

100,

21

Defendants.

22

Case No.  37-2021-00047746-CU-MM-CTL

**COMPLAINT FOR:**

   1.  **PROFESSIONAL NEGLIGENCE**

**REQUEST FOR TRIAL BY JURY**

23

24

25

26

27

28

COMPLAINT FOR DAMAGES

1     Plaintiff O███ L████ M████, by and through her Guardian ad Litem Alma Flores

2  ("Ms. M█████") hereby complains and alleges as follows:

3                              **THE PARTIES**

4     1.     At all times herein mentioned, Ms. M████ was an individual residing in the

5  county of San Diego, California.  Ms. M████ was born on ████████████.  Accordingly, at

6  all times herein mentioned, Ms. M████ was a minor.

7     2.     At all times herein mentioned, Alma Flores ("Ms. Flores") was an individual

8  residing in the county of San Diego, California, and is the biological mother of Ms. M████.

9     3.     For the purpose of this action, an Application for Appointment of Guardian Ad

10  Litem was filed on or about _____ and Alma Flores (Ms. M████

11  mother) was duly appointed Guardian ad Litem of plaintiff O███ M████ by order of the

12  above-captioned court on or about _____.

13     4.     Plaintiffs are informed and believe and based thereon allege, that Scripps Health

14  ("Scripps Health") is a medical facility licensed to do business and doing business in the County

15  of San Diego, California.

16     5.     Plaintiffs are informed and believe and based thereon allege, that Dr. Mythanah

17  T. Dinh, D.O. ("Dr. Dinh") is a physician residing in, and doing business in the County of San

18  Diego, California.

19     6.     Plaintiffs are informed and believe and based thereon allege, that San Ysidro

20  Health ("San Ysidro Health") is a medical facility licensed to do business and doing business in

21  the County of San Diego, California.

22     7.     Plaintiffs are informed and believe and based thereon allege, that Jennifer Colleen

23  Trujillo, D.O. ("Dr. Trujillo") is a physician residing in, and doing business in the County of San

24  Diego, California.

25     8.     Plaintiffs are informed and believe and based thereon allege, that Eden Perez,

26  M.D. ("Dr. Perez") is a physician residing in, and doing business in the County of San Diego,

27  California.

28

**COMPLAINT FOR DAMAGES**

9.      Plaintiffs are informed and believe and based thereon allege, that Abiade Christopher Short, M.D. ("Dr. Short") is a physician residing in, and doing business in the County of San Diego, California.

10.     Plaintiffs are informed and believe and based thereon allege, that Azita Aslian, M.D. ("Dr. Aslian") is a physician residing in, and doing business in the County of San Diego, California.

11.     Plaintiffs are informed and believe and based thereon allege, that Scott Edward Musinski, M.D. ("Dr. Musinski") is a physician residing in, and doing business in the County of San Diego, California.

12.     The true names and capacities, whether individual, plural, corporate, partnership, associate, or otherwise, of the defendants named herein as DOES 1 through 100, inclusive, are unknown to Plaintiff who therefore sues such defendants by such fictitious names. Plaintiff is informed and believes, and based upon such information and belief alleges, that each of the defendants designated herein as DOES 1 through 100 is legally responsible in some manner for the events and happenings herein referred to, and negligently, tortiously, and unlawfully, proximately caused injury and damages to Plaintiff as alleged herein. Plaintiff will seek leave of Court to amend this Complaint to show defendants' true names and capacities after the same have been ascertained.

13.     Plaintiff is informed and believes and based thereon alleges, that each defendant was the agent and employee of each other defendant, and in doing the things hereinafter alleged, acted within the scope and course of such agency and employment, and that each defendant has ratified and approved the acts of each other defendant.

14.     The events giving rise to the causes of action alleged herein occurred in the State of California, County of San Diego, as that is where Plaintiff resides, where defendants do business, and where the relevant incident occurred.

**GENERAL ALLEGATIONS**

COMPLAINT FOR DAMAGES

15.     By way of background, in or around February 2020, Ms. Flores first began treating with Dr. Dinh for her pregnancy at the San Ysidro Health Center.

16.     From approximately February 2020 through August 2020, Ms. Flores followed up regularly with Dr. Dinh for her prenatal care.

17.     On or about August 28, 2020, as her pregnancy began to reach to full term, Ms. Flores visited with Dr. Dinh again to discuss the labor process.  At that time, a discussion was had between Ms. Flores and Dr. Dinh, and following that discussion, Ms. Flores was scheduled for an induction and was told to present to Scripps Health the following day.

18.     On or about August 29, 2020, Ms. Flores presented to Scripps Health as instructed.  She was seen and evaluated by a doctor whose identity is currently unknown, but was sent home and was told that an induction could not be performed and that she should have Dr. Dinh schedule her for an elective C-section instead.

19.     On or about August 31, 2020, Ms. Flores visited again with Dr. Dinh, who scheduled her for an induction again, rather than a C-section.  The reasons for Dr. Dinh doing so are unclear as of the current date.

20.     Later that same day, August 31, 2020, Ms. Flores returned to Scripps for her induction per the orders of Dr. Dinh.  At that time, she was told by an individual, whose identity is currently unknown, that the hospital was too busy and that she should return in 2-3 hours.

21.     At approximately 7:00pm on August 31, 2020, Ms. Flores returned to Scripps for her induction.  The induction was started at approximately 7:30pm.  Ms. Flores' treating doctors from that time forward included, but were not limited to, Dr. Dinh, Dr. Trujillo, Dr. Perez, Dr. Short, Dr. Aslian, and Dr. Musinski.   It is unclear at this time the role that each of these physicians had in connection with the prenatal and perinatal care and treatment of Ms. Flores.

22.     Between 7:30pm that evening and the following morning, multiple ultrasounds and other tests were performed on Ms. Flores, which apparently demonstrated oligohydramnios as well as non-reassuring heart tones.  No interventions, however, were performed.

3

COMPLAINT FOR DAMAGES

23.　Finally, on the morning of April 1, 2021, Ms. Flores was taken to the OR for an immediate C-section. Her child, Ms. M█████, demonstrated APGAR scores of 0 and 4 at 1 and 5 minutes, respectively.

24.　It was ultimately determined that Ms. M█████ suffered from hypoxia at or around the time of her birth. Since the time of her birth, Ms. M█████ has been treated for respiratory distress, sepsis, and hypoxic ischemic encephalopathy and recently has been diagnosed with possible cerebral palsy.

25.　As a result of the foregoing events, Ms. M█████ will require significant medical care for the remainder of her life. She will also be unable to work in the same capacity as she would otherwise be able to but for the hypoxic injuries she suffered while in utero.

## FIRST CAUSE OF ACTION

### For Professional Negligence

(Against All Defendants)

26.　Plaintiff repeats and realleges each and every allegation set forth in Paragraphs 1 through 25, inclusive as though fully set forth herein.

27.　During all periods of time during which Ms. M█████ was a patient of Defendants, the Defendants, and each of them, agreed to perform and undertook to perform for Ms. M█████ all services necessary to Ms. M█████ care, which included, but was not limited to, observation, examination, evaluation, diagnosis, care and treatment of Ms. M█████, and in so doing, the Defendants, and each of them, established a relationship with Ms. M█████, giving rise to each Defendants' duty to Ms. M█████ to provide skillful management of her health condition, including but not limited to observation, evaluation, examination, diagnosis, care and treatment of Ms. M█████.

28.　Defendants and each of them breached their duty to Ms. M█████ to provide skillful management of her health condition, including but not limited to observation, examination, diagnosis, care and treatment.

4

COMPLAINT FOR DAMAGES

29.     At all times herein mentioned, Defendants and each of them so negligently and carelessly cared for, treated and rendered medical services upon the person and body of Ms. M████ and so negligently and carelessly operated, managed, controlled and conducted their services, activities and supervision in connection with Ms. M█████ care and treatment that as a direct and proximate result thereof Ms. M█████ was caused to and did suffer the injuries herein alleged.

30.     During said periods of time herein above alleged, Defendants and each of them, were negligent, careless and unskillful in their management of the health of Ms. M█████, including but not limited to the observation, examination, diagnosis, care and treatment that were or should have been provided to Ms. M█████.

31.     The negligence of Defendants and each of them, includes but is not limited to the following: (1) failing to properly or timely perform a C-section on Ms. Flores, (2) failing to properly monitor Ms. Flores' and/or Ms. M█████ vital signs at all times prior to the C-section being performed; (3) failing to perform appropriate interventions in response to a non-reassuring clinical picture; (4) failing to properly use techniques in accordance with the applicable standard of care, and (5) failing to otherwise treat her condition in an appropriate manner.   Had Defendants acted in accordance with the applicable standard of care, and had Ms. Flores and/or Ms. M█████ been properly monitored, Ms. M█████ would not have suffered the above-described injuries.

32.     As a direct and legal result of the aforesaid negligence, carelessness and unskillfulness of Defendants, and each of them, Ms. M█████ has suffered grave physical and emotional injuries.   Plaintiff is informed and believes and therefore alleges that said injuries would not have occurred if not for the negligence of Defendants.

/ / /

/ / /

/ / /

/ / /

5

COMPLAINT FOR DAMAGES

33.     As a further, direct and legal result of said negligence, carelessness and unskillfulness of the Defendants, and each of them, Plaintiff is entitled to recover prejudgment interest under California Code of Civil Procedure §998 and California Civil Code §3291.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1.     For general damages according to proof;

2.     For special damages according to proof;

3.     For legal interest on judgment from the filing of this complaint to the date of judgment;

4.     For costs of suit;

5.     And, for any other and further relief as the Court deems just and proper.

DATED:  November 1, 2021                      **THE TRIAL LAW OFFICES OF**
                                              **BRADLEY I. KRAMER, M.D., ESQ.**
                                              BRADLEY I. KRAMER

                                              By: _____
                                                   BRADLEY I. KRAMER
                                                   Attorneys for Plaintiffs O███ I█████
                                                   M██████, by and through her GAL,
                                                   ALMA FLORES

COMPLAINT FOR DAMAGES