UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.L.M., by and through her Guardian ad Litem, ALMA FLORES,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SCRIPPS HEALTH; MYTHANAH DINH, D.O.; SAN YSIDRO HEALTH; JENNIFER COLLEEN TRUJILLO, D.O.; EDEN PEREZ, M.D.; ABIADE CHRISTOPHER SHORT, M.D.; AZITA ASLIAN, M.D.; SCOTT EDWARD MUSINSKI, M.D.; and DOES 1–100,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 22-CV-507 JLS (WVG)<br><br>**ORDER OF SUBSTITUTION OF THE UNITED STATES OF AMERICA IN PLACE OF DEFENDANTS MYTHANAH DINH, D.O.; SAN YSDIRO HEALTH; JENNIFER COLLEEN TRUJILLO, D.O.; ABIADE CHRISTOPHER SHORT, M.D.; AZITA ASLIAN, M.D.; AND SCOTT EDWARD MUSINSKI, M.D.**<br><br>(ECF Nos. 2 & 3) |

　　　　Presently before the Court is the United States of America's Notice of Substitution of United States of America as Defendant in Place of: Mythanah Dinh, D.O.; San Ysidro Health; Jennifer Colleen Trujillo, D.O.; Abiade Christopher Short, M.D.; Azita Aslian, M.D.; and Scott Edward Musinski, M.D. (collectively, the "Substituted Parties") ("Notice," ECF No. 2), as well as an Amended Notice ("Am. Notice," ECF No. 3) that is substantively identical save the Certificate of Scope of Employment ("Certificate," ECF

1

No. 3-1) attached thereto that was omitted inadvertently from the original Notice. *Compare* Notice, *with* Amended Notice.

Pursuant to the Notice, "by operation of law, to wit, 42 U.S.C. §§ 233 (a) and (g), the United States has been substituted as the defendant, in place of [the Substituted Parties], that arise out of their alleged acts or omissions, which occurred on or after January 1, 2019." *Id.* at 1–2. Pursuant to the Federally Supported Health Centers Assistance Act, San Ysidro Health has been deemed an employee of the Public Health Service by the Secretary of Health and Human Services for purposes of coverage under the Federal Tort Claims Act effective January 1, 2019. *Id.* at 2. The United States Attorney for the Southern District of California, through his designee, has certified that the acts and omissions of the Substituted Parties giving rise to the Complaint were taken within the scope of their employment; accordingly, the Substituted Parties have been deemed employees of the Public Health Service. *See id.* at 2–3; *see also* Certificate.

In light of the foregoing, pursuant to Sections 233(a) and (g) of Title 42 of the United States Code, the United States of America **SHALL BE SUBSTITUTED** as the defendant herein in place of Mythanah Dinh, D.O.; San Ysidro Health; Jennifer Colleen Trujillo, D.O.; Abiade Christopher Short, M.D.; Azita Aslian, M.D.; and Scott Edward Musinski, M.D., as to the claims raised in the Complaint. The Clerk of the Court **SHALL AMEND** the title of this action accordingly to reflect the substitution. As to Mythanah Dinh, D.O.; San Ysidro Health; Jennifer Colleen Trujillo, D.O.; Abiade Christopher Short, M.D.; Azita Aslian, M.D.; and Scott Edward Musinski, M.D., the Court **DISMISSES WITH PREJUDICE** this action.

**IT IS SO ORDERED.**

Dated: April 15, 2022

Hon. Janis L. Sammartino
United States District Judge