UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O.L.M., by and through her Guardian ad Litem, ALMA FLORES, <br><br> Plaintiff, <br><br> v. <br><br> SCRIPPS HEALTH; MYTHANAH DINH, D.O.; SAN YSIDRO HEALTH; JENNIFER COLLEEN TRUJILLO, D.O.; EDEN PEREZ, M.D.; ABIADE CHRISTOPHER SHORT, M.D.; AZITA ASLIAN, M.D.; SCOTT EDWARD MUSINSKI, M.D.; and DOES 1–100, <br><br> Defendants. | Case No.: 22-CV-507 JLS (WVG) <br><br> **ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION** <br><br> (ECF No. 5) |

Presently before the Court is the United States of America's Motion to Dismiss ("Mot.," ECF No. 5). No opposition to the Motion has been filed. The Court hereby

/ / /

/ / /

/ / /

/ / /

1

22-CV-507 JLS (WVG)

**VACATES** the hearing on the Motion and takes it under submission on the papers without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: May 20, 2022

Hon. Janis L. Sammartino
United States District Judge